PROB 12A
(7/93)

# United States District Court

for

District of Guam

**FILED**
DISTRICT COURT OF GUAM
NOV 20 2006
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

Name of Offender: **Eric Iglesias Manibusan**　　　　Citation Number: **CR95-00032-001**

Name of Sentencing Judicial Officer:　John S. Unpingco

Date of Original Sentence:　April 11, 1997

Original Offense: Criminal Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841.

Original Sentence: Sentenced to 60 months imprisonment followed by four years of supervised release with conditions to include that the defendant participate in a program approved by the U.S. Probation Office for substance abuse which may include but not be limited to random urinalysis. **Conditions modified on November 8, 2001**, to include that he participate in a mental health treatment program approved by the U.S. Probation Office and that he pay a co-payment fee at a rate to be determined by the U.S. Probation Office based on his ability to pay. **Revoked on October 8, 2003**, sentenced to 12 months imprisonment followed by 48 months supervised release. **Conditions modified on October 27, 2003**, to include 100 hours of community service. **Conditions modified February 10, 2005** to include nine months of home confinement, and urinalysis at least twice weekly. **Revoked July 11, 2005**, sentenced to 3 months and 212 days imprisonment followed by 37 months of supervised release. All previously ordered conditions were reimposed by the Court

Type of Supervision: Supervised Release　　Date Supervision Commenced: May 5, 2006

## NONCOMPLIANCE SUMMARY

Violation Number　　Nature of Noncompliance

1.　Admitted use of methamphetamine upon urinalysis (10/24/2006).

ORIGINAL

Report on Offender Under Supervision | *Cause* | page 2

On October 24, 2006, Mr. Manibusan reported for urinalysis and tested positive for the use of methamphetamine. He readily executed an admission form for using the drug on October 23, 2006. Upon compliance meeting with this Officer, Mr. Manibusan related that he used the drug out of frustration from being "laid off" from work on October 16, 2006. His employer, Pacific Guam, was contacted on October 20, 2006, and it was confirmed that Mr. Manibusan's position as a warehouseman was eliminated due to a reduction in workforce initiated by the company. He acknowledged his error in judgement and apologized.

Mr. Manibusan was admonished for his continued drug use and was assured that continued non-compliance would be met with adverse sanctions requested of the Court. In addition to the verbal reprimand above, Mr. Manibusan was returned to day 1 phase I of the drug treatment and testing program as well as the mental health treatment program. He was instructed to report weekly to probation for job search verification and assistance.

Except as outlined above, Mr. Manibusan has complied with all conditions of his term of probation. As this is the first violation documented since his release from revocation imprisonment, the above report is submitted for the Court's information only, and no action is requested at this time. Mr. Manibusan's compliance will be closely monitored and any subsequent violations will be reported to the Court accordingly.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: NOV. 16, 2006

Respectfully submitted,

by:

ROBERT I. CARREON
U.S. Probation Officer

Date: 11/15/06

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ No Action

☐ Other

RECEIVED
NOV 16 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

11-17-06
Date

Case 1:95-cr-00032    Document 71    Filed 11/20/2006    Page 2 of 2