PROB 12C
(7/93)

# United States District Court

for

*District of Guam*

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: **Eric I. Manibusan**  Case Number: **CR 95-00032-001**

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: April 11, 1997

Original Offense: Criminal Conspiracy to Distribute Crystal Methamphetamine, in violation of 21 U.S.C. § 841.

Original Sentence: Sentenced to 60 months imprisonment followed by four years of supervised release with conditions to include that the defendant participate in a program approved by the U.S. Probation Office for substance abuse which may include but not be limited to random urinalysis. **Conditions modified on November 8, 2001**, to include that he participate in a mental health treatment program approved by the U.S. Probation Office and that he pay a co-payment fee at a rate to be determined by the U.S. Probation Office based on his ability to pay. **Revoked on October 8, 2003**, sentenced to 12 months imprisonment followed by 48 months supervised release. **Conditions modified on October 27, 2003**, to include 100 hours of community service. **Conditions modified February 10, 2005** to include nine months of home confinement, and urinalysis at least twice weekly. **Revoked July 11, 2005**, sentenced to 3 months and 212 days imprisonment followed by 37 months of supervised release. All previously ordered conditions were reimposed by the Court. **Informational Violation Report filed November 20, 2006. Conditions modified on March 12, 2007,** to include association restriction from Lourdes Taitano or her family members without permission from probation.

Type of Supervision: Supervised Release  Date Supervision Commenced: May 5, 2006

Assistant U.S. Attorney: Marivic P. David  Defense Attorney: Richard P. Arens

**PETITIONING THE COURT**

[X] To issue a warrant

[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance [All in violation of 18 U.S.C. § 3583(d)]

1. Positive urinalysis - methamphetamine (5/15/07)
2. Refusal to participate in inpatient drug/alcohol treatment program as instructed (5/9/07)
3. Failure to contact probation as instructed (5/9/07)
4. Urinalysis "no show" (5/11/05, 5/21/07)
5. Failure to attend probation compliance meetings (5/16/07, 5/22/07)
6. Unauthorized association with Lourdes Taitano (4/17/07)
7. Failure to report a change in employment (5/15/07)

U.S. Probation Officer Recommendation:

☐ The term of supervision should be

☒ revoked.

☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

**Please see attached**
***Declaration in Support of Petition, Violation of Supervised Release Conditions;
Request for a Warrant,***
**submitted by U.S. Probation Officer Robert I. Carreon.**

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
Date:   May 31, 2007

I declare under penalty of perjury that the forgoing is true and correct.

/s/ ROBERT I. CARREON
U.S. Probation Officer
Executed on:   May 31, 2007

**THE COURT ORDERS:**

☐ No Action.
☒ The Issuance of a Warrant.
☐ The Issuance of a Summons.
☐ Other

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: Jul 11, 2007