AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Guam

**FILED**
DISTRICT COURT OF GUAM
AUG 01 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

ERIC I. MANIBUSAN

**WARRANT FOR ARREST**

Case Number: CR-95-00032

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Eric I. Manibusan _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)

See Petition for Warrant for Offender Under Supervision filed on June 8, 2007

RECEIVED
JUL 1 3 2007
US MARSHALS SERVICE-GUAM

in violation of Title _____ United States Code, Section(s) _____

| Walter M. Tenorio | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 7/12/2007     Hagatna, Guam |
| Title of Issuing Officer | Date     Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Tamuning, Guam

| DATE RECEIVED 07/19/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 08/01/07 | TFO MATTHEW CEPEDA | [signature] |

ORIGINAL

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ Eric I. Manibusan _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: