# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-95-00032                                   DATE: August 02, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori                            Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez               Electronically Recorded: 2:50:06 - 3:21:45

CSO: B. Benavente

---

**APPEARANCES:**

Defendant: Eric Iglesias Manibusan                      Attorney: Richard Arens

    Present   Custody   Bond   P.R.                Present   Retained   FPD   CJA

U.S. Attorney: Marivic P. David                         U.S. Agent:

U.S. Probation: Robert Carreon                          U.S. Marshal: D. Punzalan / E. Igros
                                                           M. Camacho / G. Delgado

Interpreter:                                            Language:

---

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**

- Financial Affidavit reviewed and accepted: Federal Public Defender appointed to represent the defendant.
- Defendant admits to all the allegations.
- Mr. Arens' oral motion for a brief continuance was granted.
- Disposition Hearing set for: August 15, 2007 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: