FILED
DISTRICT COURT OF GUAM
AUG - 2 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>**ERIC IGLESIAS MANIBUSAN,**<br><br>Defendant. | CRIMINAL CASE NO. 95-00032-001<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case *nunc pro tunc* to *August 1, 2007*.

Dated this 2nd day of August, 2007.

FRANCES M. TYDINGCO-GATEWOOD, Chief Judge
DISTRICT COURT OF GUAM