✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ GUAM

United States of America

**NOTICE**

V.

Eric Iglesias Manibusan        CASE NUMBER:   CR-95-00032-001

TYPE OF CASE:
☐ **CIVIL**        X   **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

DISPOSITION HEARING

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Wednesday, August 15, 2007 at 10:00 a.m.** | **Tuesday, September 4, 2007 at 1:30 p.m.** |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**August 9, 2007**        /s/ Leilani R. Toves Hernandez
DATE                     (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
      Federal Public Defender
      U.S. Probation Office
      U.S. Marshals Service