**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-95-00032-001 DATE: September 04, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 2:02:07 - 2:38:20

CSO: N. Edrosa / J. Lizama

---

**APPEARANCES:**

Defendant: Eric Iglesias Manibusan Attorney: Richard Arens

☑ Present ☑ Custody ☐ Bond ☐ P.R. ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Marivic P. David U.S. Agent:

U.S. Probation: Robert Carreon U.S. Marshal: D. Punzalan / T. Muna

Interpreter: Language:

---

**PROCEEDINGS: Disposition Hearing**

- Court finds that the defendant did violate conditions of supervised release.
- Defendant committed to the Bureau of Prisons for a term of 13 months, with credit for time served. While in prison, the defendant shall participate in any drug and or mental health treatment program approved by the Bureau of Prisons.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: