# UNITED STATES DISTRICT COURT

District of **Guam**

UNITED STATES OF AMERICA
**V.**

ERIC IGLESIAS MANIBUSAN

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **CR-95-00032-001**
USM Number: **00148-093**

**RICHARD ARENS, Assistant Federal Public Defender**
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  **see below and page 2**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Positive urinalysis - methamphetamine (5/15/2007) | |
| 2. | Refusal to participate in inpatient drug/alcohol treatment program as instructed (5/9/2007) | |
| 3. | Failure to contact probation as instructed (5/9/2007) | |
| 4. | Urinalysis "no show" (5/11/2007, 5/21/2007) | |
| 5. | Failure to attend probation compliance meetings (5/16/07, 5/22/07) | |
| 6. | Unauthorized association with Lourdes Taitano (4/17/07) | |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-2798
Defendant's Date of Birth: XX-XX-1972

Defendant's Residence Address:
Chalan Pago, Guam

Defendant's Mailing Address:
Hagåtña, Guam

**September 4, 2007**
Date of Imposition of Judgment

**/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Sep 10, 2007**

DEFENDANT:      ERIC IGLESIAS MANIBUSAN
CASE NUMBER:    CR-95-00032-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7. | Failure to report change in employment (5/15/2007) | |

DEFENDANT: ERIC IGLESIAS MANIBUSAN
CASE NUMBER: CR-95-00032-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**13 months, with credit for time served**

- X   The court makes the following recommendations to the Bureau of Prisons:
  **Defendant shall participate in any drug treatment and/or mental health treatment program as approved by the Bureau of Prisons.**

- X   The defendant is remanded to the custody of the United States Marshal.

- ☐   The defendant shall surrender to the United States Marshal for this district:
  - ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  - ☐ as notified by the United States Marshal.

- ☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☐ before 2 p.m. on _____ .
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL